(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant ELEAZAR VALENZUELA

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ELEAZAR VALENZUELA**, <br><br> Defendant. | CASE NO.: **1:22-CR-00242-ADA-BAM** <br><br> **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER.** <br><br> Date: TBD <br> Time: TBD <br> Court: Hon. Ana de Alba |

Defendant ELEAZAR VALENZUELA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record STEPHANIE STOKMAN, Assistant U.S. Attorney, hereby stipulate to the following modification of conditions of release:

1. By previous order on August 26, 2022, Mr. Valenzuela was ordered released on his own recognizance subject to the conditions of supervision imposed by the United States Pretrial Services Office, including that Mr. Valenzuela be released in the custody of Jaime Romero, a third-party custodian.

2. On August 26, 2023, Counsel for Mr. Valenzuela received an email from Pretrial Services Officer Frank Guerrero, advising that Pretrial Services recommended Mr. Valenzuela's terms of supervised release be modified to allow him to remove Jaime Romero as, third party custodian and replace him with Evelyn Limon.

3. Evelyn Limon has been fully vetted and found suitable to serve as third-party custodian by Pretrial Services Officer Frank Guerrero.

4. Therefore, it is stipulated that the requirement that Jaime Romero act as custodian be terminated.

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services Officer Frank Guerrero has been advised and approves of this modification.

**IT IS SO STIPULATED,**

Dated:   November 6, 2023         By:         /s/ Roger D. Wilson
**ROGER D. WILSON**
Attorney for Defendant ELEAZAR VALENZUELA

Dated:   November 6, 2023         By:         /s/ Stephanie Stokman
**STEPHANIE STOKMAN**
Assistant United States Attorney

--o0o--

## [~~PROPOSED~~] ORDER

This matter, having come before the Court on Defendant's Request to remove third-party custodian, and for good cause shown, **IT IS HEREBY ORDERED**:

1. Condition 6 of Defendant Valenzuela's conditions of supervised release is modified to remove Mr. Valenzuela's custodian Jaime Romero.

2. Condition 6 of Defendant Valenzuela's conditions of supervised release is modified to appoint Evelyn Limon as third-party custodian.

3. Defendant Valenzuela is ordered to follow all other terms and conditions of his Conditions of Release imposed by this Court and the United States Probation Office.

IT IS SO ORDERED.

Dated:   **November 30, 2023**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE



DEFENDANT'S REQUEST FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE; PROPOSED ORDER.   2

