(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant ELEAZAR VALENZUELA

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.: **1:22-CR-00242-NODJ-BAM** |
| Plaintiff, | **STIPULATION CONTINUING CHANGE OF PLEA; AND ORDER** |
| v. | |
| **ELEAZAR VALENZUELA**, | Date: November 6, 2024<br>Time: 9:30 a.m.<br>Courtroom: 5 |
| Defendant. | |

 Defendant ELEAZAR VALENZUELA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record STEPHANIE STOKMAN, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on November 6, 2024.

2. By this stipulation, defendant now moves to continue change of plea until December 5, 2024, at 8:30 a.m. and to exclude time between November 6, 2024, and December 5, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:



STIPULATION CONTINUING CHANGE OF PLEA; ORDER.    1

    a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court on August 27, 2024, through November 26, 2024.

    b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:　　October 24, 2024　　　　　　　　　　　　　　　/s/ Stephanie STOKMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED:　　October 24, 2024　　　　　　　　　　　　　　　/s/ Roger D. Wilson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROGER D. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Eleazar Valenzuela


--o0o--



**ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from November 6, 2024, to **December 5, 2024, at 11:00 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **November 13, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of November 13, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated: **October 25, 2024**          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

