**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant ELEAZAR VALENZUELA

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELEAZAR VALENZUELA,<br><br>Defendant. | CASE NO.: **1:22-CR-00242-NODJ-BAM**<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND SET TRIAL DATES; AND ORDER**<br><br>Date: January 8, 2025<br>Time: 1:00 p.m.<br>Courtroom: 8 |

  Defendant ELEAZAR VALENZUELA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record STEPHANIE STOKMAN, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 8, 2025.

2. By this stipulation, defendant now moves to continue the status conference until May 28, 2025, at 1:00 p.m. and to exclude time between January 8, 2025, and December 2, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time due to a scheduling conflict involving a jury trial in Madera County Superior Court on August 27, 2024, through January 9, 2025.

---

STIPULATION CONTINUING STATUS CONFERENCE AND SET TRIAL DATES; ORDER   1

    b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object the continuance.

    d. Counsel for the defendant and the government have agreed to set a trial date for December 2, 2025. Trial is estimated to last five to seven days.

IT IS SO STIPULATED.

DATED:   January 2, 2025                          /s/ Stephanie Stokman
                                                  STEPHANIE STOKMAN
                                                  Assistant United States Attorney


DATED:   January 2, 2025                          /s/ Roger D. Wilson
                                                  ROGER D. WILSON
                                                  Attorney for Eleazar Valenzuela

--o0o--



## ORDER

IT IS SO ORDERED that the status conference is continued from January 8, 2025, to **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. A jury trial is set for **December 2, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **5-7 days**. A trial confirmation is set for **November 17, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 3, 2025**              /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

