ERIC GRANT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:     (559) 497-4000
Facsimile:     (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00242-EJD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ELEAZAR VALENZUELA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By this stipulation, the parties have filed a plea agreement and now move to set a date for a change of plea for December 1, 2025.

2.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties have entered into a resolution in this matter and agree that a date of December 1, 2025, is warranted for a change of plea.

b)      Time has previously been excluded until December 2, 2025.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 6, 2025

ERIC GRANT
United States Attorney


/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ ROGER WILSON

Dated:  October 6, 2025

ROGER WILSON
Counsel for Defendant
ELEAZAR VALENZUELA


**ORDER**

IT IS SO ORDERED that the jury trial set for December 2, 2025, trial confirmation set for November 17, 2025 and status conference set for October 8, 2025  are vacated. A change of plea hearing is set for **December 1, 2025, at 9:30 a.m. in Courtroom 5 before the Chief District Judge Troy L. Nunley**.  Time was previously excluded through December 2, 2025.


IT IS SO ORDERED.

Dated:    **October 7, 2025**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2